UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  DOMINIC and PATRICIA FABBIA,    ) | Case No:  18-14698 |
| ) | |
| ) | |
| ) | |
| Debtors    ) | Chapter 13 |

### ORDER

**AND NOW**, this        day of              , 2018, it is **HEREBY ORDERED** Petitioner's request to file Matrix List of Creditors, Form B122C-2 and all other documents Ordered by this Court contained in Document #3 filed in above captioned matter on or before August 13, 2018 is **GRANTED.**

By the Court.

**Date: August 3, 2018**

_____
Bankruptcy Judge